UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEVERLY THOMPSON,

    Plaintiff,

Case No. 1:18-CV-776

v.

Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
    _____/

## ORDER APPROVING AND
## ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ray Kent in this action on June 24, 2019, recommending that the decision of the Commissioner be affirmed. The Report and Recommendation was duly served on Plaintiff on June 24, 2019. No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation, filed June 24, 2019 (ECF No. 15), is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Commissioner's decision is **affirmed**.

A separate judgment will enter.

This case is **concluded**.

Dated: July 12, 2019

                      /s/ Gordon J. Quist
                      GORDON J. QUIST
                      UNITED STATES DISTRICT JUDGE